IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RODERICK HAMILTON
THORNTON,

CRIMINAL ACTION NO.
1:13-CR-466-AT-1

## **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") [Doc. 130] recommending that Movant's motion [Doc. 113] to vacate, set aside, or correct his federal sentence be DENIED. Movant has not filed any objections to the R&R.

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R&R that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard. Accordingly, the Court has reviewed the record in this case on a "clearly erroneous" basis.

After an independent review of the record, the Court finds that the R&R is correct. Accordingly, the Court ADOPTS the Magistrate Judge's R&R [Doc. 130];

and **DENIES** Defendant's Motion to Vacate, Set Aside, or Correct [Doc. 113]. A certificate of appealability (COA) is **DENIED**.

**IT IS SO ORDERED** this 7th day of January, 2019.

_____
**Amy Totenberg**
**United States District Judge**